# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>MONIQUE WASHINGTON,<br><br>     Defendant. | Case No. 2:07-CV-00090-KJD-PAL<br><br>**ORDER** |

Presently before the Court is Defendant's Motion for a Speedy Trial (#29) filed on July 1, 2008. However, Defendant was sentenced on November 10, 2007 and Judgment (#28) was entered on November 20, 2007. Defendant has made a notation on her pre-printed form that states "Probation Violation" as a possible issue that she wishes to raise. If Defendant has a pending probation violation pending in state court, she must address her concerns to the appropriate department in the state judicial system, not to the sentencing court on her federal case.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for a Speedy Trial (#29) is **DENIED**.

DATED this 4TH day of August 2009.

_____
Kent J. Dawson
United States District Judge