November 10, 2011

Monique Washington
Waseca F.C.I.
P.O. Box 1731
Waseca, MN. 56093

The Honorable Kent J. Dawson
333 Las Vegas Blvd. S. 1st Floor
Las Vegas, NV. 89101

FILED / RECEIVED
ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 14 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

Re: Monique Washington, Case No. 2:07-cr-00090-KJD

Dear Judge Dawson;

Please find the enclosed Motion For Reduction of Sentence, for your consideration. I have enclosed additional information for your review to substantiate my rehabilitation during my incarceration.

I have vowed to make this punishment a life altering change, and to take this time away from my children to find out what I really want to do with my life.

When I was a little girl, I would enter writing contests and surprisingly enough more times then not, I would win. Lord knows that should have been my career choice, but I chose the streets instead.

Now I have been given the opportunity to choose again. Upon release, I plan on starting my own publishing company. I have also completed two books listed in my catalog. This is my destiny.

Since my sentencing, I have maintained clear conduct and my work history has consistantly been reated as good to outstanding. I worked for UNICOR's call center in Dublin for 19 months and now I work for CCS Am in Waseca. In my spare time I work on my novels. "Slippin' In The Darkness" and "The Grapevine" are ready for print.

I am not the same woman who entered these prison gates 54 months ago. I am imploring you, Judge Dawson, to please reconsider my current sentence under the new guidelines and reduce my sentence. I deeply appreciate your time and consideration of my request.

Respectfully,

Monique Washington
AKA
Deleshia Monique Lewis



*LEGENDARY ARTS*

*Home of the true legends.*



- Home
- About Us
- Contact Us
- Product List
- The Grapevine
- **Slippin into Darkness**
- About Us
- About Us
- Ardyne Vaughn

# Slippin into Darkness
Debreshia M. Lewis

### Embark on the journey



There is one premier family in Los Angeles who needs no introduction. The Carters have over come many hardships and obstacles. Their fearless leader had fallen victim. He'd been taken. But ...by whom.

Rock Carter has ruled the streets of LA with an iron fist. First as the undisputed leader of the Bounty Hunter Street Gang. Later, with the organization of his own design, the Black Gorilla Family.

Now, two generations later, an unforeseen force is threatening to release havoc unlike anything the streets of LA had previously seen before.

Rock's past comes to haunt his now unstable future.

Born a Carter. Indonesha did not need to be reminded of her duty. In keeping with the Gangster codes of old, Indo struck out with her three most trusted childhood friends. Once she learns of the government secret her father unveiled. Could they make peace around the war torn streets of LA or would this be the beginning of the end? Their survival was not everything. It was the only thing

Jessie

Stories are meant to be told. But first you must have a story to tell. Any writer trying to get a reader interested knows this. I have such a story.

Despite my initial misgivings, being contacted to do the unmentionable was not a goal I would have set for myself. But these are extenuating circumstances. If you'd seen what I've seen and experienced what I've experienced, you'd no what I mean. Have you ever paid attention to the color gray? It's a little insignificant color with black and white blending in unison. You can go your whole life believing in black or white, thinking of either as of no consequence.

I may sound excited, but I am calm. Very calm. Like me, your life will never be the same. You will have questions at the beginning of this story. Some will be answered; others will lead to other questions. You will look at yourself and your surroundings differently. You'll now notice more shades of grey than you had ever previously imagined. Oh, my slip into darkness. It was unexpected to say the least. If you'd asked me one year ago, six month ago, I'd have said never. Ask me today, I'd say it was inevitable.



**LEGENDARY ARTS**

*Home of the true legends.*



Home

About Us

Contact Us

Product List

The Grapevine

**Slippin into Darkness**

About Us

About Us

Ardyne Vaughn

# Slippin into Darkness

Debreshia M. Lewis

The quad would have you believing that I am a motivational and effective speaker. I have also heard from the same crew that I talk too much. I would agree to the first and defer to the second. But in reality, some things should be told. This is such a story.

My slip into darkness is debatable. It was an unexpected event, one I don't care to examine on repeat. But one of these ladies, I won't tell you which one, threatened me. I won't tell you about that either. I'll deal with her later. What I will tell you is this whole dramatic scene was unavoidable. I was living a passable existence, going through the motions, believing in my own power of persuasion, particularly when it is a red-blooded man I have to persuade. I had been so caught up in my own seductive routine that I hadn't noticed what was going on right under my very nose. The quad has my undivided attention. I'm at the top of my game, and I'm not to be played with. When I was younger, I never asked questions because I didn't want to hear the answers. I ask the questions, I also needs the answers, too. Don't make me repeat myself.

I'm not too good at this self-reflection crap. The quad say's I'm supposed to talk to you about my image, give you a picture of myself so you will know how I slipped into darkness. I dislike pretense of any kind and don't feel comfortable playing any type of games. Truth be told, I don't slip into darkness, I've always been here. Unlike my comrades, this is my element. I am the genuine article. Don't let this this pretty face fool you. I know what to do and how to get it done. I believe the direct approach is the only one that works. Well, in most situations anyway. I'll do what nobody else will. I do what has to be done or I'll go down trying. I have nothing to live for and nothing to lose. When it comes to the four of us, if you think to touch one, I will erase you from existence. You will never see me coming.

My loyalty is legendary. I do other things too. It's not as if I spend my days going around killing people left and right. Well most days anyway. When a woman lives by the gun, she expects to be faced with many guns. I wouldn't have it any other way.

There is a moment in time in which your life can change in an instant. Decision must be made and options that will alter your everyday routine. My slip into darkness was unwanted, but instant. I am Indonesha Carter and it's my fault these lovely ladies are here. I make no apologies. I need them. The past few months have been traumatic to say the least. I'm supposed to say something truly profound, give you words that would make you ooh and ahh. I don't have time for that. I guess some of Dawn is rubbing off on me.

Something has happened to Rock. I aim to find out what it is, with the promise of revenge in my heart. I have made my decision, the only decision possible. Now they were going to pay the consequences. I will repair the damage done to my family's name. What was done will be undone. Quitting would never be an option. Life is hard. But I am harder!

# LEGENDARY ARTS

*Home of the true legends.*



**Sidebar:**
- Home
- About Us
- Contact Us
- Product List
- The Grapevine
- Slippin into Darkness
- About Us
- About Us
- Ardyne Vaughn

## The Grapevine by: Debreshia Lewis



## Product Summary

The second book in the Carter series.

Once again join Indo and the quad journey to depths even they couldn't possibly Know existed.

SKU/Item Number: 000000

**Price: 25.00**

## Hearing is believing

The Grapevine

With all the roads leading to finding Rock appearing to be blocked, the not-so-nice quad find themselves once again thrown into a world they are just beginning to understand.

Just when Indo thought things were bad as could be, worst things were yet to come.

Hearing the initial rumblings in LA's boroughs, the populace had broken Rocks golden rule: no drugs.

Unrestricted amounts of cocaine were flooding the streets. Now there was more; more drugs; more addicts; more killings.

Drawn to yet another mystery, Indo and her crew found themselves in pursuit of secrets that those in government positions would Kill to keep concealed.

**To contact us:**

Phone: 702-555-5555
Fax: 702-555-5554
E-mail: Legendaryarts@aol.com

## LEGENDARY ARTS
*Home of the true legends.*



**Home**

**About Us**

**Contact Us**

**Product List**

**The Grapevine**

**Slippin into Darkness**

**About Us**

**About Us**

**Ardyne Vaughn**

# Books Available

**To contact us call:**

List the products that your company offers. To add more products, copy and paste



### Slippin into Darkness
From the beginning the Carters were a family to be reckoned with. Now the helm of their family had been taken.

SKU/Item Number:   • More    **Price: $25.00**



### The Grapevine
The drug trafficking trade through Guatemala to Los Angeles

SKU/Item Number:   • More    **Price: $25.00**



### Backstabbers
The Los Angles police and the Crash unit and their corruption. Promises made had been broken.

SKU/Item Number:   • More    **Price: $25.00**



### Ball of Confusion
An 4000 year scroll has landed into Indo's lap.

SKU/Item Number:   • More    **Price: $25.00**



### More Bounce
Just when the quad thought they were retiring, they were sucked right back in with dark allures and terrible twists.

SKU/Item Number:   • More    **Price: $25.00**

### Almighty Dollar
Dollar is all grown up and is ready to take her place in her parents world.

SKU/Item Number:   • More    **Price: $25.00**

# WORK PERFORMANCE RATING – INMATE
## U.S. DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF PRISONS

| Inmate's name | Register number | Unit |
|---|---|---|
| WASHINGTON MOSIQUE | 66401-179 | D |

| Evaluation period | Work assignment |
|---|---|
| AUGUST 2011 | CCS AM |

Bonus justification

Signature and date of bonus
Approved by Dept. Head

Instructions: Base your rating on the inmate's overall performance for the rating period as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. *(circled)* Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work.

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. *(circled)* Good. Willing worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. *(circled)* Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST: EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. *(circled)* Good. Above-average interest in the job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction is unable to learn, no matter amount of trying.
2. Fair. Slow but if tries, eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. *(circled)* Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more Rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left supervised will foul up, get in trouble, or wander off.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. *(circled)* Needs little supervision. Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions
3. Satisfactory. Generally does what is told without any fuss
4. *(circled)* Good. No hostility or resentment. Tries to improve
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negative, hostile, annoying to others
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. *(circled)* Good. Friendly, congenial, helpful; others like to work with her.
5. Outstanding. Gets along with everyone. Very popular

**J. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off this individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. *(circled)* Continue to employ the person but without a raise or promotion
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay – Grade class   M   1   2   3   *(4 circled)*
2. Hours of satisfactory work  88
3. Regular pay  .12
4. Bonus recommended  None
5. Total pay  10.56

Supervisor's signature _____

Inmate's signature  M. Washington

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

Staff witness' signature _____

### PERFORMANCE PAY DAILY RECORD – INMATE

| Sun | Mon | Tues | Wed | Thur | Fri | Sat |
|---|---|---|---|---|---|---|
|  | 1 XX | 2 4 | 3 4 | 4 4 | 5 4 | 6 4 |
| 7 | 8 | 9 4 | 10 4 | 11 4 | 12 4 | 13 4 |
| 14 | 15 | 16 4 | 17 4 | 18 4 | 19 4 | 20 4 |
| 21 | 22 | 23 4 | 24 4 | 25 4 | 26 4 | 27 4 |
| 28 | 29 | 30 4 |  |  |  |  |

Note: For days reflecting less than 7 hours worked, explain by inserting applicable code.

C = Callout
E = Education
F = Furlough
H = Hospital
V = Visit
HO = Holiday
I = Medical Idle
UA = Unauthorized
AD = Administrative Detention / Disciplinary Segregation
U = Unsatisfactory

| Inmate's name WASHINGTON MONIQUE | Register number 46401-179 | Unit D |
|---|---|---|
| Evaluation period JULY 2011 | Work assignment CCS AM | |

Bonus justification

Signature and date of bonus
Approved by Dept. Head

Instructions: Base your rating on the inmate's overall performance for the rating period as compared to what is expected of a satisfactory worker in the assignment.

A. QUALITY OF WORK
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. **Good.** Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work.

B. QUANTITY OF WORK
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. **Good.** Willing worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

C. INITIATIVE
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. **Good.** Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

D. INTEREST: EAGERNESS TO LEARN
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. **Good.** Above-average interest in the job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

E. ABILITY TO LEARN
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction is unable to learn, no matter amount of trying.
2. Fair. Slow but if tries, eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. **Good.** Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
1. Needs constant supervision. If left supervised will foul up, get in trouble, or wander off.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. **Needs little supervision.** Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

G. RESPONSE TO SUPERVISION AND INSTRUCTION
1. Poor. Resentful and hostile. May argue with supervisor
2. Fair. Resists or ignores suggestions
3. Satisfactory. Generally does what is told without any fuss
4. **Good.** No hostility or resentment. Tries to improve
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
1. Poor. Negative, hostile, annoying to others
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. **Good.** Friendly, congenial, helpful; others like to work with her.
5. Outstanding. Gets along with everyone. Very popular

J. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off this individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. **Continue to employ the person but without a raise or promotion**
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
1. Performance Pay – Grade class  M  1  2  3  **(4)**
2. Hours of satisfactory work  88
3. Regular pay  .12
4. Bonus recommended  None
5. Total pay  10.56

Supervisor's signature _____
Inmate's signature  M. Washington
Inmate _____ was requested to sign this rating, but refused, citing the following reason:

Staff witness' signature _____

PERFORMANCE PAY DAILY RECORD – INMATE

| Sun | Mon | Tues | Wed | Thur | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 4 | 2 4 |
| 3 | 4 | 5 4 | 6 4 | 7 4 | 8 4 | 9 4 |
| 10 | 11 | 12 4 | 13 4 | 14 4 | 15 4 | 16 4 |
| 17 | 18 | 19 4 | 20 4 | 21 4 | 22 4 | 23 4 |
| 24 | 25 | 26 4 | 27 4 | 28 4 | 29 4 | 30 4 |
| 31 |  |  |  |  |  |  |

Note: For days reflecting less than 7 hours worked, explain by inserting applicable code.

C  = Callout
E  = Education
F  = Furlough
H  = Hospital
V  = Visit
HO= Holiday
I  = Medical Idle
UA= Unauthorized
AD= Administrative Detention / Disciplinary Segregation
U  = Unsatisfactory

**WORK PERFORMANCE RATING - INMATE**
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Inmate's name: Washington Monique | Register number: 66401-179 | Unit: D |
|---|---|---|
| Evaluation period: **JUNE 2011** | Work assignment: CCB/AM | |

Bonus justification

Signature and date of bonus
Approved by Dept. Head

Instructions: Base your rating on the inmate's overall performance for the rating period as compared to what is expected of a satisfactory worker in the assignment.

A. QUALITY OF WORK
 1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
 2. Fair. Careless; makes mistakes and does not check work. Should do better work.
 3. **Satisfactory.** Makes some mistakes but no more than expected at this level.
 4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
 5. Outstanding. Does superior work.

B. QUANTITY OF WORK
 1. Unsatisfactory. Lazy, wastes time, goofs off.
 2. Fair. Does just enough to get by. Has to be prodded occasionally.
 3. **Satisfactory.** Works steadily but does not push self.
 4. Good. Willing worker. Does a full day's work and wastes little time.
 5. Outstanding. Drives self exceptionally hard all the time.

C. INITIATIVE
 1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
 2. Fair. Usually relies on others to say what needs to be done.
 3. **Satisfactory.** Can adapt to changes in routine. Will start work without waiting to be told.
 4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
 5. Outstanding. Has good ideas on better ways of doing things.

D. INTEREST: EAGERNESS TO LEARN
 1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
 2. Fair. Shows minimal interest but not very eager to learn.
 3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
 4. **Good.** Above-average interest in the job. Asks questions about own work and related work. May do extra work to improve skills.
 5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

E. ABILITY TO LEARN
 1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction is unable to learn, no matter amount of trying.
 2. Fair. Slow but if tries, eventually will pick up the skills. Needs more instructions than most.
 3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
 4. **Good.** Learns rapidly. Good memory. Rarely makes the same mistake twice.
 5. Outstanding. Very quick to learn. Excellent memory. Is learning much more Rapidly than most inmates assigned here. Never makes the same mistake twice.

F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
 1. Needs constant supervision. If left supervised will foul up, get in trouble, or wander off.
 2. Needs closer supervision than most. Not very dependable.
 3. **Average.** Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
 4. Needs little supervision. Good record of dependability and promptness.
 5. No supervision required. Completely dependable in all things.

G. RESPONSE TO SUPERVISION AND INSTRUCTION
 1. Poor. Resentful and hostile. May argue with supervisor
 2. Fair. Resists or ignores suggestions
 3. **Satisfactory.** Generally does what is told without any fuss
 4. Good. No hostility or resentment. Tries to improve
 5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
 1. Poor. Negative, hostile, annoying to others
 2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
 3. **Satisfactory.** Gets along OK with most co-workers and is accepted by them.
 4. Good. Friendly, congenial, helpful; others like to work with her.
 5. Outstanding. Gets along with everyone. Very popular

J. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
 1. Fire or lay off this individual?
 2. **Transfer the person to a less demanding job at a lower pay scale?**
 3. Continue to employ the person but without a raise or promotion
 4. Raise the person's pay but keep the person at the same job?
 5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
 1. Performance Pay – Grade class   M   1   2   3   **4**
 2. Hours of satisfactory work: 110
 3. Regular pay: 12
 4. Bonus recommended:
 5. Total pay: 13.20

Supervisor's signature: _____
Inmate's signature: M. Washington
Inmate _____ was requested to sign this rating, but refused, citing the following reason:

Staff witness' signature: _____

**PERFORMANCE PAY DAILY RECORD – INMATE**

| Sun | Mon | Tues | Wed | Thur | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  |  | 1 S | 2 S | 3 S | 4 S |
| 5 S | 6 | 7 | 8 S | 9 S | 10 S | 11 S |
| 12 S | 13 | 14 | 15 S | 16 S | 17 S | 18 S |
| 19 S | 20 | 21 | 22 S | 23 S | 24 S | 25 S |
| 26 S | 27 | 28 | 29 S | 30 S |  |  |

Note: For days reflecting less than 7 hours worked, explain by inserting applicable code.

C = Callout
E = Education
F = Furlough
H = Hospital
V = Visit
HO= Holiday
I = Medical Idle
UA= Unauthorized
AD= Administrative Detention / Disciplinary Segregation
U = Unsatisfactory

BP-S324.052
OCT 1998
Case 2:07-cr-00000-KJD-RAL Document 32 Filed 11/14/11 Page 9 of 18
WORK PERFORMANCE RATING — INMATE
U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| Inmate's Name: | WASHINGTON, MONIQUE | Inmate's No.: | 66401-179 | Unit: | D |
|---|---|---|---|---|---|
| Evaluation Period: | MAY 2011 | Work Assignment: | FAC MT4 | | |

Bonus Justification:

Signature and Date of Department Head Approval:

Instructions: Base your rating on the inmate's overall performance for the rating period at compared to what is expected of a satisfactory worker in the assignment.

A. QUALITY OF WORK
  1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
  2. Fair. Careless; makes mistakes and does not check work. Should do better work.
  3. Satisfactory. Makes some mistakes but no more than expected at this level.
  4. Good. Makes fewer mistakes than most inmates at this level of training. Does journeyman level work.
  5. Outstanding. Does superior work.

B. QUANTITY OF WORK
  1. Unsatisfactory. Lazy, wastes time, goofs off.
  2. Fair. Does just enough to get by. Has to be prodded occasionally.
  3. Satisfactory. Works steadily but does not push self.
  4. Good. Willing Worker. Does a full day's work and wastes little time.
  5. Outstanding. Drives self exceptionally hard all the time.

C. INITIATIVE
  1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
  2. Fair. Usually relies on others to say what needs to be done.
  3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
  4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
  5. Outstanding. Has good ideas on better ways of doing things.

D. INTEREST; EAGERNESS TO LEARN
  1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
  2. Fair. Shows minimal interest but not very eager to learn.
  3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
  4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve.
  5. Outstanding. Eager to master job. Wants to know everything there is to know. May read up on own or volunteer to do things that will improve knowledge.

E. ABILITY TO LEARN
  1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
  2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
  3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
  4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
  5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
  1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
  2. Needs closer supervision than most. Not very dependable.
  3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
  4. Needs little supervision. Good record of dependability and promptness.
  5. No supervision required. Completely dependable in all things.

G. RESPONSE TO SUPERVISION AND INSTRUCTION
  1. Poor. Resentful and hostile. May argue with supervisor.
  2. Fair. Resists or ignores suggestions.
  3. Satisfactory. Generally does what is told without any fuss.
  4. Good. No hostility or resentment. Tries to improve.
  5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
  1. Poor. Negative, hostile, annoying to others.
  2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
  3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
  4. Good. Friendly, congenial, helpful; others like to work with.
  5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
  1. Fire or lay off that individual?
  2. Transfer the person to a less demanding job at a lower pay scale?
  3. Continue to employ the person but without a raise or promotion this time?
  4. Raise the person's pay but keep the person at the same job?
  5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
  1. Performance Pay - Grade Class  1  2  3  ④  M
  2. Hours of Satisfactory Work   143
  3. Regular Pay                  17.16
  4. Bonus Recommended:
  5. Total Pay                    17.16

Supervisor's Signature: _____   Date: 5 25 11
Inmate's Signature: Monique Washin...   Date: 5-25-11

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

Staff Witness' Signature _____   Date _____

BP-A575.052
MAR 1994

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

PERFORMANCE PAY DAILY RECORD - INMATE

| | SUN | MON | TUES | WED | THUR | FRI | SAT |
|---|---|---|---|---|---|---|---|
| Date: | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| | | 7 | 7 | 7 | 7 | 7 | |
| Date: | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| | | 7 | 4 ER | 7 | 7 | 7 | |
| Date: | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| | | 7 | 7 | 7 | 7 | 7 | |
| Date: | 22 | 23 | 34 | 25 | 26 | 27 | 28 |
| | | 7 | 7 | 7 | 6 ER | 7 | |
| Date: | 29 | 30 | 31 | | | | |
| | | HO | 7 | | | | |

TOTAL HOURS: 143

Note: For days reflecting less than 7 hours worked explain by inserting applicable code:

C  = Callout        V  = Visit         U  = Unsatisfactory
E  = Education      I  = Medical Idle
F  = Furlough       VC = Vacation
H  = Hospital       UA = Unauthorized
HO = Holiday Off    AD = Administrative Det./Discipline Seg.

BP-S324.052
OCT 1998

**WORK PERFORMANCE RATING - INMATE**

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

Inmate's Name: Washington, Monique
Inmate's No.: 66401-179
Unit: D
Evaluation Period: APRIL 2011
Work Assignment: MT 4

Bonus Justification:

Signature and Date of Department Head Approval:

Instructions: Base your rating on the inmate's overall performance for the rating period as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. **Satisfactory.** Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does journeyman level work.
5. Outstanding. Does superior work.

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. **Satisfactory.** Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. **Satisfactory.** Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. **Satisfactory.** Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve.
5. Outstanding. Eager to master job. Wants to know everything there is to know. May read up on own or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. **Average.** No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. **Average.** Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. **Satisfactory.** Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negative, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. **Satisfactory.** Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. **Continue to employ the person but without a raise or promotion this time?**
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class   1   2   3   ④   M
2. Hours of Satisfactory Work _____ 31
3. Regular Pay _____ 3.72
4. Bonus Recommended: _____
5. Total Pay _____ 3.72

Supervisor's Signature: _____ Date: 4/27/11
Inmate's Signature: _____ Date: 4/27/11

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

Staff Witness' Signature _____ Date _____

BP-A575.052
MAR 1994

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

**PERFORMANCE PAY DAILY RECORD - INMATE**

| | SUN | MON | TUES | WED | THUR | FRI | SAT |
|---|---|---|---|---|---|---|---|
| Date: | | | | | | 1 | 2 |
| | | | | | | | |
| Date: 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| | | | | | | | |
| Date 10 | 11 | 12 | 13 | 14 | 15 | 16 | |
| | | | | | | | |
| Date 17 | 18 | 19 | 20 | 21 | 22 | 23 | |
| | | | | | | | |
| Date 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
| | 7 | 7 | 3 | 7 | 7 | | |

TOTAL HOURS: 31

Note: For days reflecting less than 7 hours worked explain by inserting applicable code:

| C | = | Callout | V | = | Visit | U | = | Unsatisfactory |
| E | = | Education | I | = | Medical Idle | | | |
| F | = | Furlough | VC | = | Vacation | | | |
| H | = | Hospital | UA | = | Unauthorized | | | |
| HO | = | Holiday Off | AD | = | Administrative Det./Discipline Seg. | | | |

# WORK PERFORMANCE RATING - INMATE
**U.S. DEPARTMENT OF JUSTICE**      FEDERAL BUREAU OF PRISONS

| Inmate's name: MONIQUE WASHINGTON | Register number: 66401-179 | Unit: D |
|---|---|---|
| **Evaluation period:** APRIL, 2011 | Work assignment: CCB/AM | |

**Bonus justification**

Signature and date of bonus
Approved by Dept. Head

Instructions: Base your rating on the inmate's overall performance for the rating period as compared to what is expected of a satisfactory worker in the assignment.

**A QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. (✓) Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work.

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. (✓) Satisfactory. Works steadily but does not push self.
4. Good. Willing worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. (✓) Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST: EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. (✓) Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in the job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction is unable to learn, no matter amount of trying.
2. Fair. Slow but if tries, eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. (✓) Good. Learns rapidly. Good memory. Rarely makes the same mistake twice
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left supervised will foul up, get in trouble, or wander off.
2. Needs closer supervision than most. Not very dependable.
3. (✓) Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor
2. Fair. Resists or ignores suggestions
3. Satisfactory. Generally does what is told without any fuss
4. (✓) Good. No hostility or resentment. Tries to improve
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negative, hostile, annoying to others
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. (✓) Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with her.
5. Outstanding. Gets along with everyone. Very popular

**J. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off this individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion
4. (✓) Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay – Grade class   M   1   2   3   (4)
2. Hours of satisfactory work   66
3. Regular pay   .12
4. Bonus recommended _____
5. Total pay   7.92

Supervisor's signature _____

Inmate's signature _____

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

Staff witness' signature _____

**PERFORMANCE PAY DAILY RECORD – INMATE**

| Sun | Mon | Tues | Wed | Thur | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | XX | XX | 1<br>6 | 2<br>6 |
| 3<br>6 | 4<br>6 | 5<br>6 | 6 | 7 | 8<br>6 | 9<br>6 |
| 10<br>6 | 11<br>6 | 12<br>6 | 13 | 14 | 15<br>6 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Note: For days reflecting less than 7 hours worked, explain by inserting applicable code.

C = Callout
E = Education
F = Furlough
H = Hospital
V = Visit
HO = Holiday
I = Medical Idle
UA = Unauthorized
AD = Administrative Detention / Disciplinary Segregation
U = Unsatisfactory

# INMATE SKILLS DEVELOPMENT PLAN
**Current Program Review: 10-11-2011**

Name: **WASHINGTON, MONIQUE**  
RegNo: **66401-179**

## ACADEMIC

| | |
|---|---|
|  | **INTELLECTUAL FUNCTIONING**<br>⊕ no intellectual deficits<br>ⓘ has NOT attended special education classes |
|  | **LITERACY**<br>ⓘ some college, with High School diploma<br>⊖ Not all test results passing |
|  | **LANGUAGE**<br>⊕ fluent in English as primary language |
|  | **COMPUTER SKILLS**<br>⊕ possesses keyboarding skills<br>⊕ possesses word processing skills<br>⊕ possesses internet navigation skills |

**Previous TEAM 04-18-2011**

Completed four ACE classes! Recommend complete another ACE class by 10/2011.

**Current TEAM**

Completed several classes since last entry. Recommend complete another ACE class by 03/2012.

## VOCATIONAL/CAREER

| | |
|---|---|
|  | **EMPLOYMENT HISTORY**<br>ⓘ employed at time of arrest<br>⊕ consistent employment history within 5 years prior to incarceration |
|  | **CAREER DEVELOPMENT**<br>⊕ possesses significant expertise in field<br>ⓘ Construction and Extraction - 47<br>ⓘ Healthcare Practitioners and Technical - 29<br>ⓘ Office and Administrative Support - 43<br><br>⊖ no realistic career/job goals upon release |
|  | **INSTITUTION WORK HISTORY**<br>⊕ has a consistent institution work history<br>    Eval: 09-30-2011 Good<br>    Eval: 08-31-2011 Good<br>    Eval: 07-30-2011 Good<br>    Eval: 06-30-2011 Good<br>    Eval: 05-27-2011 Good<br>    Eval: 04-29-2011 Good |

| INMATE SKILLS DEVELOPMENT PLAN | PROGRAM REVIEW: 10-11-2011 |
|---|---|
| Name: WASHINGTON, MONIQUE | RegNo: 66401-179 |

## VOCATIONAL/CAREER



**POST INCARCERATION EMPLOYMENT**
- ⊖ post-incarceration employment not secured
- ⓘ unable to locate employment

- ⊖ no release documents obtained to date

**Previous TEAM 04-18-2011**

Washington completed or enrolled in several ACE classes since last team. Recommend completing a finance and employment class by 10-2011.

**Current TEAM**

Continue to recommend she complete a finance and employment class by 12-2012

## INTERPERSONAL



**RELATIONSHIPS**
- ⊖ victim of emotional abuse
- ⊖ victim of physical abuse
- ⊖ immediate family member engaged in substance abuse
- ⊖ lack of stable residence during childhood
- ⊖ residence in a high crime neighborhood during childhood

- ⊕ no negative peer influences prior to incarceration



**FAMILY TIES/SUPPORT SYSTEM**
- ⊕ consistent social support available
  Companion: Financial
  Companion: Emotional
  Companion: General
  Immediate Family: Financial
  Immediate Family: Emotional
  Immediate Family: General
  Relative: Emotional
  Relative: General



**PARENTAL RESPONSIBILITY**
- ⊖ children under the age of 21
- ⓘ contact maintained with children
- ⓘ contact with other parent

- ⊕ legally removed from financial responsibility for all children

- ⓘ RRC (MINT) Placement is not applicable



**COMMUNICATION**
- ⊕ displays good communication skills

**INMATE SKILLS DEVELOPMENT PLAN**  **PROGRAM REVIEW: 10-11-2011**
Name: WASHINGTON, MONIQUE    RegNo: 66401-179

## INTERPERSONAL

**Previous TEAM 04-18-2011**

Continue to use the ITS and TRULINCS systems daily to communicate with family. Also, continue to communicate effectively with both staff and inmates.

**Current TEAM**

Continue to communicate effectively with both staff and inmates and use the ITS and TRULINCS systems daily to communicate with family. Also, work with your family to assist you in establishing a solid release plan by 12-2013.

## WELLNESS

**HEALTH PROMO/DISEASE PREVENT**
- ⊖ overweight
- ⓘ height 5 ft. 5 in.
- ⓘ weight (lbs) 232
- ⓘ BMI Score 38.6
- ⓘ date calculated 12-19-2008

- ⊖ no regular exercise

- ⊕ no evidence of behaviors associated with increased risk of infectious disease

- ⊕ does not use tobacco (cigarettes, cigars, and/or smokeless tobacco)

- ⊖ did not have a primary care provider or clinic (prior to incarceration)
- ⊕ has health insurance coverage upon release

**DISEASE/ILLNESS MANAGEMENT**
- ⊕ complies with treatment recommendations and/or takes medications as prescribed, or none required

- ⊕ healthy - No current health concerns
- ⊖ dental problems - See Exit Summary
- ⊕ no non-routine services/assistance devices needed

**TRANSITIONAL PLAN**
- ⊕ does not require medication upon release from custody
- ⊕ does not require on-going treatment or follow-up after release from custody
- ⓘ TB Clearance Complete - See Exit Summary
- ⊕ health Services recommends for RRC placement

**GOVERNMENT ASSISTANCE**
- ⓘ has not previously received Social Security assistance
- ⓘ not eligible for Social Security assistance after release

- ⓘ has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard
- ⓘ spouse or a parent has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard

| INMATE SKILLS DEVELOPMENT PLAN | PROGRAM REVIEW: 10-11-2011 |
|---|---|
| Name: WASHINGTON, MONIQUE | RegNo: 66401-179 |

## WELLNESS

**Previous TEAM 04-18-2011**

No wellness classes completed. Recommend completing at least one wellness class by 10-2011, and engage in an exercise program at least 3-4 days per week.

**Current TEAM**

No wellness classes completed. Complete one wellness class by 04-2012, and engage in an exercise program 3-4 days per week.

## MENTAL HEALTH

 SUBSTANCE ABUSE MANAGEMENT

 MENTAL ILLNESS MANAGEMENT

 TRANSITIONAL PLAN

**Previous TEAM 04-18-2011**

Enroll in the 500 hour RDAP by 12-2013. Seek counseling services on an as needed basis through the psychology department.

**Current TEAM**

Continue to seek counseling services on an as needed bais through the psychology department. Recommend the 500 hour RDAP by 12-2013.

## COGNITIVE

 **GENERAL BEHAVIOR**
- no evidence of behavioral problems as a juvenile
- no evidence of behavioral problems as an adult

 **CRIMINAL BEHAVIOR**
- no onset of criminal behavior before the age of 14
- no criminal versatility: Convictions in less than 3 categories
- no significant history of violence: Less than 2 violent convictions

**Previous TEAM 04-18-2011**

Complete the Resolve Workshop by 10-2011. She declined this program on 10-27-2010.

**Current TEAM**

Complete one self-help class by 04-2012.

# INMATE SKILLS DEVELOPMENT PLAN
Name: **WASHINGTON, MONIQUE**

PROGRAM REVIEW: **10-11-2011**
RegNo: **66401-179**

## CHARACTER



**PERSONAL CHARACTER**

- ⊖ insufficient variety of behaviors to warrant overall positive personal character
- ⊕ evidence of spirituality
  - talks to a friend or mentor about spiritual/religious issues: Sometimes
  - active participation in a faith group: Sometimes
  - connected to outside spiritual/religious community: Sometimes
  - examines actions to see if they reflect values: Always
  - finds meaning in times of hardship: Always
- ⊕ fulfills financial obligations
- ⓘ religious assignment: OTHER

- ⊕ no evidence easily influenced by other



**PERSONAL RESPONSIBILITY**

- ⓘ reports responsibility for current incarceration as:
- ⊕ self (sole responsibility)

- ⊖ no efforts to make amends for their crime(s)

**Previous TEAM 04-18-2011**

Completed her FRP obligation, and the drug education program. Continue to participate in positive programs that will assist you upon your release.

**Current TEAM**

Continue to participate in positive programming that will assist you upon your release.

## LEISURE



**USE OF LEISURE TIME**

- ⊕ activities indicative of positive use of leisure time;
- ⊕ participation in a social/civic/community organization(s)
- ⊕ family time
- ⊕ movies/television/music
- ⊕ computers/video games
- ⊕ reading
- ⊕ library

**Previous TEAM 04-18-2011**

Complete one leisure activity by 10-2011. She is enrolled in math class.

**Current TEAM**

Complete one leisure activity by 04-2012.

# INMATE SKILLS DEVELOPMENT PLAN
Name: **WASHINGTON, MONIQUE**

PROGRAM REVIEW: **10-11-2011**
RegNo: **66401-179**

## DAILY LIVING

| | |
|---|---|
|  | **FINANCIAL MANAGEMENT**<br>⊕ knowledge in maintaining checking account<br>⊕ knowledge in maintaining savings account<br>⊕ knowledge in utilizing an ATM debit card<br>⊕ knowledge in obtaining loans<br>⊕ has an established positive credit history<br>⊕ lived within financial means<br>⊕ pays monthly bills on time |
|  | **FOOD MANAGEMENT**<br>⊕ possesses grocery shopping/consumer skills<br>⊕ makes good nutritional choices to maintain health<br>⊕ possesses basic food preparation skills<br>⊕ knowledgeable in accessing community resources to obtain food |
|  | **PERSONAL HYGIENE/SANITATION**<br>⊕ good personal hygiene and sanitation<br>ⓘ quarters assignment: HOUSE D/RANGE 01/BED 020L |
|  | **TRANSPORTATION**<br>⊖ does not have valid driver's license<br>⊕ No outstanding motor vehicle violations<br><br>⊖ does not own personal vehicle with appropriate insurance<br>⊕ possesses public transportation skills and has access to public transportation |
|  | **IDENTIFICATION**<br>⊕ has photo identification<br>⊖ does not have birth certificate<br>⊖ does not have social security card |
|  | **HOUSING**<br>⊕ established housing year prior to incarceration<br>ⓘ established housing: paid rent<br>ⓘ established housing: lived with family<br>ⓘ established housing: non-publicly assisted<br>⊖ established housing in a high crime neighborhood<br><br>⊕ housing upon release<br>ⓘ supervision district is not a relocation<br>ⓘ anticipated housing plan approved by USPO(s)<br>ⓘ non-permanent / temporary |
|  | **RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**<br>ⓘ recommended or ordered for RRC placement<br>ⓘ recommended range: 151-180 days |
|  | **FAMILY CARE**<br>⊕ not responsible for obtaining child care for any dependent children upon release<br>⊕ not responsible for obtaining elder care for any dependent(s) upon release<br>⊖ responsible for obtaining any other special services for dependents upon release: Children have been diagnosed with |

**INMATE SKILLS DEVELOPMENT PLAN**　　　　　**PROGRAM REVIEW: 10-11-2011**
Name: **WASHINGTON, MONIQUE**　　　　　　　　　　　　　　　　RegNo: **66401-179**

## DAILY LIVING

| | Ortogranposis and bone cancer. |
|---|---|

**Previous TEAM 04-18-2011**

Complete an employment class or a finance class by 10-2011.

**Current TEAM**

Complete an employment and finance class by 04-2012.