# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:07-CR-0090-KJD-PAL |
| v. | **ORDER** |
| MONIQUE WASHINGTON, | |
| Defendant. | |

Presently before the Court is Defendant's Letter re: reduction of sentence (#32). The letter asserts that there is an enclosed motion for reduction of sentence. No such motion is included.

Generally, the Court is without authority to reconsider the sentence. See Federal Rules of Criminal Procedure 35(allowing modification within seven days after sentencing based upon a mathematical, technical or other clear error); Advisory Committee Notes (1991 Amendments)("The subdivision is not intended to afford the court the opportunity to reconsider the application or interpretation of the sentencing guidelines or for the court simply to change its mind about the appropriateness of the sentence"). Thus, without citation by Defendant of specific legal authority authorizing the Court to reduce her sentence, the Court denies her motion without prejudice. However, the Court notes that the Government's Motion to Reduce Defendant's Sentence Pursuant

to Federal Rule of Criminal Procedure 35(b)(1)(A) is still pending.  The Court will subsequently address that motion.

Accordingly, IT IS HEREBY ORDERED that Defendant's Letter re: reduction of sentence (#32) is **DENIED**.

DATED this 9th day of October 2013.

_____
Kent J. Dawson
United States District Judge

2